# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:05CR236

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| **Dennis Black** | ) | |

The matter is before the court upon its own motion for a continuance of this matter from the June 6, 2005 criminal term in the Charlotte Division. The court has been informed that Defendant was erroneously scheduled for June 7, 2005.

The court finds that the ends of justice served by taking such action outweigh the interest of the public and defendants to a speedy trial as set forth in 18: U.S.C. 3161(h)(8)(1).

IT IS THEREFORE ORDERED that the above captioned case is continued **to the September 12, 2005** criminal term of court as to the above named Defendant.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**Signed: July 15, 2005**

*[signature]*

Graham C. Mullen
Chief United States District Judge